Exhibit 1



# United States of America
## United States Patent and Trademark Office

# LULULEMON

**Reg. No. 4,391,115**

**Registered Aug. 27, 2013**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

LULULEMON ATHLETICA CANADA INC. (CANADA CORPORATION)
SUITE 400
1818 CORNWALL AVENUE
VANCOUVER, CANADA V6J1C7

FOR: CLOTHING, NAMELY, T-SHIRTS, SHIRTS, TANK TOPS, SWEATSHIRTS, SWEATERS, JERSEYS, JUMPERS, PANTS, SWEATPANTS, SHORTS, SKIRTS, DRESSES, JACKETS, COATS, VESTS, UNDERWEAR, SOCKS, WARM-UP SUITS, BODYSUITS, LEOTARDS, TIGHTS, LEGGINGS, LEG WARMERS; HEADWEAR, NAMELY, HATS, CAPS, TOQUES, VISORS, HEADBANDS, BANDANAS; CLOTHING ACCESSORIES, NAMELY, BELTS, SCARVES, SHAWLS, SHOULDER WRAPS, ARM WARMERS, MITTENS, GLOVES; SANDALS, IN CLASS 25 (U.S. CLS. 22 AND 39).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF CANADA REG. NO. TMA813087, DATED 12-1-2011, EXPIRES 12-1-2026.

OWNER OF U.S. REG. NOS. 2,607,811, 3,990,179 AND OTHERS.

SER. NO. 85-774,883, FILED 11-8-2012.

COLLEEN DOMBROW, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

Reg. No. 2,607,811

Registered Aug. 13, 2002

## TRADEMARK
### PRINCIPAL REGISTER



LULULEMON ATHLETICA INC. (CANADA CORPORATION)
2113 WEST 4TH AVENUE
VANCOUVER, BRITISH COLUMBIA, CANADA V6K 1N6

    FOR: CLOTHING, NAMELY PANTS, SHIRTS, T-SHIRTS, SHORTS, SWEATSHIRTS, SWEATPANTS, SOCKS, JACKETS, COATS, HATS, FOOTWEAR, NAMELY SHOES AND SANDALS, IN CLASS 25 (U.S. CLS. 22 AND 39).

    FIRST USE 3-25-1999; IN COMMERCE 11-20-2001.

    SN 75-645,552, FILED 2-22-1999.

RICHARD DONNELL, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 2,460,180
Registered June 12, 2001

## TRADEMARK
### PRINCIPAL REGISTER



LULULEMON ATHLETICA INC. (CANADA CORPORATION)
2113 WEST 4TH AVENUE
VANCOUVER, BRITISH COLUMBIA, CANADA V6K 1N6

FOR: CLOTHING, NAMELY, PANTS, SHIRTS, T-SHIRTS, SHORTS, SWEATSHIRTS, SWEATPANTS, SOCKS, JACKETS, COATS, HATS, FOOTWEAR, NAMELY, SHOES AND SANDALS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-0-1999; IN COMMERCE 5-0-1999.

SN 75-644,001, FILED 2-22-1999.

RICHARD DONNELL, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

### LULULEMON ATHLETICA

**Reg. No. 3,985,876**

**Registered June 28, 2011**

LULULEMON ATHLETICA CANADA INC. (CANADA CORPORATION)
2113 WEST 4TH AVENUE
VANCOUVER, CANADA V6K1N6

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

FOR: RETAIL STORE SERVICES FEATURING CLOTHING, APPAREL, ACCESSORIES, HEADWEAR, SOCKS, YOGA EQUIPMENT, ATHLETIC EQUIPMENT, BAGS, BACKPACKS, TOTE BAGS, PRE-RECORDED DVDS, FEATURING TOPICS RELATING TO YOGA INSTRUCTION, YOGA PHILOSOPHY, EXERCISE AND HEALTH LIVING, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-1-2003; IN COMMERCE 8-1-2003.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,607,811.

SER. NO. 85-210,289, FILED 1-4-2011.

ANGELA DUONG, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office

# LULULEMON

**Reg. No. 3,990,179**

**Registered July 5, 2011**

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

LULULEMON ATHLETICA CANADA INC. (CANADA CORPORATION)
2113 WEST 4TH AVENUE
VANCOUVER, CANADA V6K1N6

FOR: RETAIL STORE SERVICES FEATURING CLOTHING, APPAREL, ACCESSORIES, HEADWEAR, SOCKS, YOGA EQUIPMENT, ATHLETIC EQUIPMENT, BAGS, BACKPACKS, TOTE BAGS, PRE-RECORDED DVDS, FEATURING TOPICS RELATING TO YOGA INSTRUCTION, YOGA PHILOSOPHY, EXERCISE AND HEALTH LIVING; ONLINE RETAIL STORE SERVICES FEATURING CLOTHING, APPAREL, ACCESSORIES, HEADWEAR, SOCKS, YOGA EQUIPMENT, ATHLETIC EQUIPMENT, BAGS, BACKPACKS, TOTE BAGS, PRE-RECORDED DVDS, FEATURING TOPICS RELATING TO YOGA INSTRUCTION, YOGA PHILOSOPHY, EXERCISE AND HEALTH LIVING, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-1-2003; IN COMMERCE 8-1-2003.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,607,811.

SER. NO. 85-210,288, FILED 1-4-2011.

ANGELA DUONG, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,985,877**

**Registered June 28, 2011**

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

LULULEMON ATHLETICA CANADA INC. (CANADA CORPORATION)
2113 WEST 4TH AVENUE
VANCOUVER, CANADA V6K1N6

FOR: RETAIL STORE SERVICES FEATURING CLOTHING, APPAREL, ACCESSORIES, HEADWEAR, SOCKS, YOGA EQUIPMENT, ATHLETIC EQUIPMENT, BAGS, BACKPACKS, TOTE BAGS, PRE-RECORDED DVDS, FEATURING TOPICS RELATING TO YOGA INSTRUCTION, YOGA PHILOSOPHY, EXERCISE AND HEALTH LIVING; ONLINE RETAIL STORE SERVICES FEATURING CLOTHING, APPAREL, ACCESSORIES, HEADWEAR, SOCKS, YOGA EQUIPMENT, ATHLETIC EQUIPMENT, BAGS, BACKPACKS, TOTE BAGS, PRE-RECORDED DVDS, FEATURING TOPICS RELATING TO YOGA INSTRUCTION, YOGA PHILOSOPHY, EXERCISE AND HEALTH LIVING, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-1-2003; IN COMMERCE 8-1-2003.

OWNER OF U.S. REG. NOS. 2,460,180 AND 2,607,811.

THE MARK CONSISTS OF A WAVE DESIGN IN A CIRCLE.

SER. NO. 85-210,290, FILED 1-4-2011.

ANGELA DUONG, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

lululemon athletica

**Reg. No. 3,985,881**

**Registered June 28, 2011**

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

LULULEMON ATHLETICA CANADA INC. (CANADA CORPORATION)
2113 WEST 4TH AVENUE
VANCOUVER, CANADA V6K1N6

FOR: RETAIL STORE SERVICES FEATURING CLOTHING, APPAREL, ACCESSORIES, HEADWEAR, SOCKS, YOGA EQUIPMENT, ATHLETIC EQUIPMENT, BAGS, BACKPACKS, TOTE BAGS, PRE-RECORDED DVDS, FEATURING TOPICS RELATING TO YOGA INSTRUCTION, YOGA PHILOSOPHY, EXERCISE AND HEALTH LIVING, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-1-2003; IN COMMERCE 8-1-2003.

OWNER OF U.S. REG. NO. 2,607,811.

THE MARK CONSISTS OF THE WORDS "LULULEMON" AND "ATHLETICA" WITH A WAVE DESIGN BETWEEN THE WORDS IN A CIRCLE.

SER. NO. 85-211,250, FILED 1-5-2011.

ANGELA DUONG, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*



# United States of America
## United States Patent and Trademark Office

# BOOLUX

**Reg. No. 3,795,820**
**Registered June 1, 2010**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

LULULEMON ATHLETICA CANADA INC. (CANADA CORPORATION)
2113 WEST 4TH AVENUE
VANCOUVER, CANADA V6K 1N6

FOR: T-SHIRTS; SHIRTS; TANK TOPS; SWEAT SHIRTS; SWEATERS; PANTS; SWEAT PANTS; SHORTS; SKIRTS; DRESSES; WARM UP SUITS; BODY SUITS; LEOTARDS; UNITARDS; TIGHTS; COVERUPS; LEGGINGS; LEG WARMERS; JACKETS; COATS; VESTS; SCARVES; SHAWLS; SHOULDER WRAPS; PAJAMAS; ROBES; UNDERWEAR; SOCKS; GLOVES; HEADWEAR, NAMELY, HATS, CAPS, BERETS, TOQUES, VISORS, HEADBANDS, BANDANAS, IN CLASS 25 (U.S. CLS. 22 AND 39).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON CANADA APPLICATION NO. 1286999, FILED 1-16-2006, REG. NO. 685764, DATED 4-11-2007, EXPIRES 4-11-2022.

SER. NO. 78-921,965, FILED 7-3-2006.

BRENDAN REGAN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# DEFINE JACKET

**Reg. No. 4,234,113**

**Registered Oct. 30, 2012**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

LULULEMON ATHLETICA CANADA INC. (CANADA CORPORATION)
1818 CORNWALL AVENUE
SUITE 400
VANCOUVER, BC, CANADA V6J1C7

FOR: CLOTHING, NAMELY, JACKETS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-0-2009; IN COMMERCE 4-0-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "JACKET", APART FROM THE MARK AS SHOWN.

SER. NO. 85-584,541, FILED 3-30-2012.

GIANCARLO CASTRO, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office

# GROOVE

**Reg. No. 3,978,257**
**Registered June 14, 2011**

LULULEMON ATHLETICA CANADA INC. (CANADA CORPORATION)
2113 WEST 4TH AVENUE
VANCOUVER, CANADA V6K1N6

**Int. Cl.: 25**

FOR: YOGA PANTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-2002; IN COMMERCE 0-0-2002.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-193,422, FILED 12-8-2010.

ANGELA DUONG, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

## GROOVE PANT

**Reg. No. 3,978,258**
**Registered June 14, 2011**

LULULEMON ATHLETICA CANADA INC. (CANADA CORPORATION)
2113 WEST 4TH AVENUE
VANCOUVER, CANADA V6K1N6

**Int. Cl.: 25**

FOR: YOGA PANTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-2002; IN COMMERCE 0-0-2002.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PANT", APART FROM THE
MARK AS SHOWN.

SER. NO. 85-193,425, FILED 12-8-2010.

ANGELA DUONG, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,024,374

Registered Dec. 6, 2005

## TRADEMARK
### PRINCIPAL REGISTER

## LUON

LULULEMON ATHLETICA INC. (CANADA CORPORATION)
2113 WEST FOURTH AVENUE
VANCOUVER, BRITISH COLUMBIA, CANADA V6K 1N6

FOR: CLOTHING, NAMELY, T-SHIRTS, SHIRTS, PANTS, SHORTS, SWEATSHIRTS, SWEATPANTS, TANK TOPS, UNDERWEAR, SOCKS, JACKETS, COATS AND HATS FOR MEN, WOMEN AND CHILDREN , IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-22-2002; IN COMMERCE 8-10-2005.

PRIORITY CLAIMED UNDER SEC. 44(D) ON CANADA APPLICATION NO. 1,160,500, FILED 11-22-2002, REG. NO. TMA612278, EXPIRES 6-7-2019.

SN 78-253,186, FILED 5-22-2003.

ESTHER BELENKER, EXAMINING ATTORNEY



## United States of America
### United States Patent and Trademark Office

# LUXTREME

**Reg. No. 3,976,389**
**Registered June 14, 2011**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

LULULEMON ATHLETICA CANADA INC. (CANADA CORPORATION)
2113 WEST FOURTH AVENUE
VANCOUVER, BC, CANADA V6K1N6

FOR: BODY SUITS; JACKETS; LEGGINGS; PANTS; SHIRTS; SHORTS; SKIRTS; TANK TOPS; TIGHTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON CANADA APPLICATION NO. 1436105, FILED 4-27-2009, REG. NO. TMA766,965, DATED 5-17-2010, EXPIRES 5-17-2025.

SER. NO. 77-858,732, FILED 10-27-2009.

KATHERINE M. DUBRAY, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# POWER Y

**Reg. No. 4,214,052**

**Registered Sep. 25, 2012**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

LULULEMON ATHLETICA CANADA INC. (CANADA CORPORATION)
SUITE 400
1818 CORNWALL AVENUE
VANCOUVER, BC, CANADA V6J1C7

FOR: CLOTHING, NAMELY, TANK TOPS, BRAS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-0-2009; IN COMMERCE 5-0-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-586,283, FILED 4-2-2012.

GIANCARLO CASTRO, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*

# United States of America

## United States Patent and Trademark Office

# RULU

**Reg. No. 4,219,265**

**Registered Oct. 2, 2012**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

LULULEMON ATHLETICA CANADA INC. (CANADA CORPORATION)
SUITE 400
1818 CORNWALL AVE
VANCOUVER, BC, CANADA V6J1C7

FOR: CLOTHING, NAMELY, T-SHIRTS, SHIRTS, PANTS, SHORTS, SWEATSHIRTS, SWEATPANTS, TANK TOPS, UNDERWEAR, SOCKS, JACKETS, COATS AND HATS FOR MEN, WOMEN AND CHILDREN, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-0-2012; IN COMMERCE 2-0-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-418,115, FILED 9-8-2011.

LINDA MICKLEBURGH, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*

# United States of America

## United States Patent and Trademark Office

# SCUBA

**Reg. No. 4,333,759**
**Registered May 14, 2013**
**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

LULULEMON ATHLETICA CANADA INC. (CANADA CORPORATION)
SUITE 400
1818 CORNWALL AVENUE
VANCOUVER, BC, CANADA V6J1C7

FOR: CLOTHING, NAMELY, HOODED SWEATSHIRTS, JACKETS, COATS, TOPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-2003; IN COMMERCE 0-0-2003.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-584,527, FILED 3-30-2012.

GIANCARLO CASTRO, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# SET-MY-PONYTAIL-FREE

**Reg. No. 4,033,939**
**Registered Oct. 4, 2011**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

LULULEMON ATHLETICA CANADA INC. (CANADA CORPORATION)
2113 WEST FOURTH AVENUE
VANCOUVER, BC, CANADA V6K1N6

FOR: CLOTHING, NAMELY, HOODED SWEATSHIRTS, JACKETS AND COATS; HEAD-WEAR, NAMELY, HATS AND CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON CANADA APPLICATION NO. 1479646, FILED 5-4-2010, REG. NO. TMA794136, DATED 3-29-2011, EXPIRES 3-29-2026.

SER. NO. 85-166,171, FILED 11-1-2010.

ANGELA DUONG, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 3,116,371**

**United States Patent and Trademark Office**    Registered July 18, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# SILVERESCENT

LULULEMON ATHLETICA INC. (CANADA CORPORATION)
2113 WEST FOURTH AVENUE
VANCOUVER, BRITISH COLUMBIA, CANADA V6K 1N6

FOR: CLOTHING, NAMELY T-SHIRTS, SHIRTS, PANTS, SHORTS, SKIRTS, DRESSES, SWEAT-SHIRTS, SWEATPANTS, TANK TOPS, UNDER-WEAR, SOCKS, JACKETS, COATS, HEADWEAR, FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-31-2005; IN COMMERCE 10-31-2005.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-551,197, FILED 1-20-2005.

KIMBERLY FRYE, EXAMINING ATTORNEY



# United States of America

## United States Patent and Trademark Office

# WUNDER UNDER

**Reg. No. 4,214,049**

**Registered Sep. 25, 2012**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

LULULEMON ATHLETICA CANADA INC. (CANADA CORPORATION)
SUITE 400
1818 CORNWALL AVENUE
VANCOUVER, BC, CANADA V6J1C7

FOR: CLOTHING, NAMELY CROP PANTS, PANTS, SHORTS, TIGHTS, LEGGINGS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-0-2006; IN COMMERCE 4-0-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-584,529, FILED 3-30-2012.

GIANCARLO CASTRO, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,897,183**

**Registered Feb. 9, 2016**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

LULULEMON ATHLETICA CANADA INC. (CANADA CORPORATION)
1818 CORNWALL AVENUE
VANCOUVER, BC V6J1C7, CANADA

FOR: HOODED SWEAT SHIRTS; JACKETS; COATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-2005; IN COMMERCE 12-31-2005.

THE MARK CONSISTS OF A SINGLE LINE IN A WAVE DESIGN THAT IS APPLIED TO THE FRONT OF A GARMENT. THE DOTTED LINES SHOWING THE OUTLINE OF A GARMENT DO NOT FORM PART OF THE MARK, BUT ARE USED ONLY TO SHOW PLACEMENT OF THE MARK.

SEC. 2(F).

SER. NO. 86-431,815, FILED 10-22-2014.

KATINA MISTER, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,272,013

Registered July 31, 2007

**TRADEMARK**
**PRINCIPAL REGISTER**

# VITASEA

LULULEMON ATHLETICA INC. (CANADA CORPORATION)

2113 WEST FOURTH AVENUE

VANCOUVER, CANADA V6K1N6

FOR: CAPS; COATS; DRESSES; HATS; HEADBANDS; HEADWEAR; JACKETS; PANTS; SHIRTS; SHORTS; SKIRTS; SOCKS; SWEAT PANTS; SWEAT SHIRTS; T-SHIRTS; TANK TOPS; TOQUES; UNDERWEAR; VISORS , IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-0-2005; IN COMMERCE 9-0-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON CANADA APPLICATION NO. 1285231, FILED 12-19-2005, REG. NO. TMA679,929, DATED 1-22-2007, EXPIRES 1-22-2022.

SER. NO. 78-829,836, FILED 3-6-2006.

REBECCA SMITH, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,986,083**

**Registered June 28, 2016**

LULULEMON ATHLETICA CANADA INC. (CANADA CORPORATION)
1818 CORNWALL AVENUE
VANCOUVER, BC, CANADA V6J1C7

**Int. Cl.: 25**

FOR: CLOTHING, NAMELY, TIGHTS, PANTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-2003; IN COMMERCE 12-31-2003.

**TRADEMARK**

**PRINCIPAL REGISTER**

PRIORITY CLAIMED UNDER SEC. 44(D) ON CANADA APPLICATION NO. 1529404, FILED 5-27-2011, REG. NO. TMA832417, DATED 9-20-2012, EXPIRES 9-20-2027.

THE MARK CONSISTS OF A CURVED HORIZONTAL LINE RUNNING ACROSS THE BACK OF THE TIGHTS/SHORTS/PANTS AT HIP LEVEL, AND OF A CURVED LINE IN THE SHAPE OF AN INVERTED "U". THE INVERTED "U" ALSO RUNS ACROSS THE BACK OF THE TIGHTS/SHORTS/PANTS, WITH ONE LEG OF THE "U" RUNNING UP AND DOWN THE LEFT BACK LEG OF THE TIGHTS/SHORTS/PANTS, AND THE OTHER LEG OF THE INVERTED "U" RUNNING UP AND DOWN THE RIGHT BACK LEG OF THE TIGHTS/SHORTS/PANTS. THE LINES THAT COMPRISE THE MARK INDICATE THE LOCATION OF THE SEAMS OF THE TIGHTS/SHORTS/PANTS. THE DOTTED LINES ARE NOT PART OF THE MARK AND SERVE ONLY TO SHOW THE POSITION OF THE MARK ON THE GOODS.

SEC. 2(F).

SER. NO. 85-482,119, FILED 11-28-2011.

NANCY CLARKE, EXAMINING ATTORNEY

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.
>
> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office
(USPTO). The time periods for filing are based on the U.S. registration date (not the international registration
date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to
those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international
registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the
underlying international registration at the International Bureau of the World Intellectual Property Organization,
under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated
from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal
forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark
owners/holders who authorize e-mail communication and maintain a current e-mail address with the
USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark
Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms
available at** http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

# NAKEDSEAM

**Reg. No. 4,832,086**

**Registered Oct. 13, 2015**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

LULULEMON ATHLETICA CANADA INC. (CANADA CORPORATION)
SUITE 400
1818 CORNWALL AVENUE
VANCOUVER, BC, CANADA V6J1C7

FOR: ATHLETIC APPAREL, NAMELY, PANTS, SHORTS, CROPS, LEGGINGS, SHIRTS, T-SHIRTS, TANK TOPS, JACKETS, AND OUTERWEAR, NAMELY, COATS , IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-2-2012; IN COMMERCE 6-2-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-494,113, FILED 12-13-2011.

NANCY CLARKE, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

<div style="border:1px solid black;">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# LUXCHANGE

**Reg. No. 4,846,298**

**Registered Nov. 3, 2015**

LULULEMON ATHLETICA CANADA INC. (CANADA CORPORATION)
1818 CORNWALL AVENUE
VANCOUVER, BC, CANADA V6J1C7

**Int. Cl.: 25**

FOR: APPAREL, NAMELY, JACKETS, COATS, PARKAS, AND SWEATSHIRTS, IN CLASS
25 (U.S. CLS. 22 AND 39).

**TRADEMARK**

FIRST USE 10-5-2012; IN COMMERCE 10-5-2012.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-550,767, FILED 2-23-2012.

GIANCARLO CASTRO, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

### United States Patent and Trademark Office

# CUFFINS

**Reg. No. 4,832,139**
**Registered Oct. 13, 2015**

LULULEMON ATHLETICA CANADA INC. (CANADA CORPORATION)
1818 CORNWALL AVENUE
VANCOUVER, BC, CANADA V6J1C7

**Int. Cl.: 25**

FOR: CLOTHING, NAMELY, JACKETS, SWEATSHIRTS, SHIRTS, SWEATERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

**TRADEMARK**

FIRST USE 0-0-2014; IN COMMERCE 0-0-2014.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-584,536, FILED 3-30-2012.

GIANCARLO CASTRO, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office
(USPTO). The time periods for filing are based on the U.S. registration date (not the international registration
date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to
those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international
registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the
underlying international registration at the International Bureau of the World Intellectual Property Organization,
under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated
from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal
forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark
owners/holders who authorize e-mail communication and maintain a current e-mail address with the
USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark
Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms
available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# BLOCK-IT POCKET

**Reg. No. 5,041,355**

**Registered Sep. 13, 2016**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

LULULEMON ATHLETICA CANADA INC. (CANADA CORPORATION)
1818 Cornwall Avenue
Vancouver CANADA V6J1C7

CLASS 25: Clothing, namely, pants, sweatpants, shorts

FIRST USE 3-24-2014; IN COMMERCE 3-24-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "POCKET"

SER. NO. 85-808,232, FILED 12-20-2012
COLLEEN M DOMBROW, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

# PACE BREAKER

**Reg. No. 4,905,437**
**Registered Feb. 23, 2016**

LULULEMON ATHLETICA CANADA INC. (CANADA CORPORATION)
1818 CORNWALL AVENUE
VANCOUVER, CANADA V6J1C7

**Int. Cl.: 25**

FOR: CLOTHING, NAMELY, SHORTS AND UNDERWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

**TRADEMARK**

FIRST USE 1-30-2013; IN COMMERCE 1-30-2013.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-808,233, FILED 12-20-2012.

COLLEEN DOMBROW, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# FULL-ON

**Reg. No. 4,964,908**

**Registered May 24, 2016**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

LULULEMON ATHLETICA CANADA INC. (CANADA CORPORATION)
SUITE 400
1818 CORNWALL AVENUE
VANCOUVER, BC V6J1C7, CANADA

FOR: ATHLETIC APPAREL, NAMELY, PANTS, SHORTS, CROP PANTS, TIGHTS AND LEGGINGS ALL FOR MEN, WOMEN AND CHILDREN; ALL OF THE FOREGOING EXPRESSLY EXCLUDING COSMETICS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-24-2013; IN COMMERCE 7-24-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-971,050, FILED 6-26-2013.

LAURA FIONDA, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office
(USPTO). The time periods for filing are based on the U.S. registration date (not the international registration
date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to
those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international
registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the
underlying international registration at the International Bureau of the World Intellectual Property Organization,
under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated
from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal
forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark
owners/holders who authorize e-mail communication and maintain a current e-mail address with the
USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark
Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms
available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# SWIFTLY

**Reg. No. 5,413,086**

**Registered Feb. 27, 2018**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Lululemon Athletica Canada Inc. (CANADA CORPORATION)
Suite 400
1818 Cornwall Avenue
Vancouver, Bc, CANADA V6J1C7

CLASS 25: Clothing, namely, t-shirts, shirts, tank tops, sweatshirts, sweaters; clothing accessories, namely, arm warmers and scarves; headwear, namely, headbands

FIRST USE 8-15-2008; IN COMMERCE 8-15-2008

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-131,957, FILED 11-29-2013



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.


**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*


**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# TIGHT STUFF

**Reg. No. 5,617,645**

**Registered Nov. 27, 2018**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Lululemon Athletica Canada Inc.  (CANADA CORPORATION)
1818 Cornwall Avenue
Vancouver, Bc V6j1c7, CANADA

CLASS 25: Clothing, namely, pants, tights, and leggings

FIRST USE 10-00-2015; IN COMMERCE 10-00-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-409,365, FILED 09-29-2014



Director of the United States
Patent and Trademark Office

---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# NULU

**Reg. No. 5,666,869**

**Registered Jan. 29, 2019**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

LULULEMON ATHLETICA CANADA INC. (CANADA CORPORATION)
1818 Cornwall Avenue
Vancouver, Bc, CANADA V6K1N6

CLASS 25: Clothing, namely, shirts, tank tops, pants, sweatpants, shorts, dresses, jackets, bodysuits, leotards, tights, bras

FIRST USE 9-30-2015; IN COMMERCE 9-30-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-553,695, FILED 03-04-2015



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,393,854**

**Registered Feb. 06, 2018**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

LULULEMON ATHLETICA CANADA INC. (CANADA CORPORATION)
1818 Cornwall Avenue
Vancouver, Bc, CANADA V6J1C7

CLASS 25: clothing, namely, tights, pants, leggings

FIRST USE 7-30-2010; IN COMMERCE 7-30-2010

The mark consists of an upside down U shaped seam beginning at the top of the rear of a pair of pants and running down the outside of the rear of each leg of the pants and ending at the bottom of each leg of the pants. The dotted lines represent the outline of the pants and are not part of the mark.

SEC.2(F)

SER. NO. 86-783,719, FILED 10-09-2015

Joseph Matal

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# ALL THE RIGHT PLACES

**Reg. No. 5,040,370**

**Registered Sep. 13, 2016**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

LULULEMON ATHLETICA CANADA INC. (CANADA CORPORATION)
1818 Cornwall Avenue
Vancouver, BC CANADA V6J1C7

CLASS 25: clothing, namely, crop pants, pants, shorts, tights, leggings

FIRST USE 9-2-2015; IN COMMERCE 9-2-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-892,604, FILED 02-01-2016
HELENE AGNES LIWINSKI, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

<div style="border:1px solid black; padding:10px;">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.