**Lululemon Athletica Canada Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 20-cv-0825**

# Schedule A

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 1 | Shenzhen Sushen Fashion Clothing Co., Ltd. | 2 | Yiwu Yoke Garment Co., Ltd. |
| 3 | findci store | 4 | Uvini Outdoors Store |
| 5 | Cell Fever Store | 6 | Curve Energetic girl Store |
| 7 | do dower and Boschke Store | 8 | eshinesport store |
| 9 | High-endbrands Sportsmall Store | 10 | keep fit with exercise Store |
| 11 | KELAIER Sportwear Store | 12 | Numa Girl Store |
| 13 | romwe sporty store | 14 | Shop4414181 Store |
| 15 | Shop5001217 Store | 16 | SJ-MAURIE Store |
| 17 | Sportsoutcome Store | 18 | YIFASHION Store |
| 19 | KSUASPORT | 20 | Lemedy 4U |
| 21 | Macondoo | 22 | NewFine |
| 23 | Papijam | 24 | Suting Co., Ltd. |
| 25 | Sweatwater | 26 | U-Cycling |
| 27 | Punk Wave | 28 | basicmodel |
| 29 | psd_ame | 30 | WL12 |
| 31 | yanyanmiaomiao | 32 | lululemom.xyz |
| 33 | lululemonsaleoutlet.com | 34 | luluyogapant.com |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 1 | slimbody.en.alibaba.com | 2 | ywtuyou.en.alibaba.com |
| 3 | aliexpress.com/store/335078 | 4 | aliexpress.com/store/4655176 |
| 5 | aliexpress.com/store/5001342 | 6 | aliexpress.com/store/2079041 |
| 7 | aliexpress.com/store/5431130 | 8 | aliexpress.com/store/4974037 |
| 9 | aliexpress.com/store/4432192 | 10 | aliexpress.com/store/5080244 |
| 11 | aliexpress.com/store/5070325 | 12 | aliexpress.com/store/5160020 |
| 13 | aliexpress.com/store/3631180 | 14 | aliexpress.com/store/4414181 |
| 15 | aliexpress.com/store/5001217 | 16 | aliexpress.com/store/4293014 |
| 17 | aliexpress.com/store/4991074 | 18 | aliexpress.com/store/3864096 |
| 19 | amazon.com/sp?seller=A1Z2JL3DCXVF40 | 20 | amazon.com/sp?seller=A3IBQPY2VKXWT6 |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 21 | amazon.com/sp?seller=AX2WUX1LY0KKZ | 22 | amazon.com/sp?seller=A2JX40ZH4JDGGQ |
| 23 | amazon.com/sp?seller=A1J40ECFSA21PJ | 24 | amazon.com/sp?seller=AUL2ET4I7FHDQ |
| 25 | amazon.com/sp?seller=A1HDO0T4UXEIV8 | 26 | amazon.com/sp?seller=A1XRY9OXHTDML2 |
| 27 | amazon.com/sp?seller=A2KWRDC0F60MLD | 28 | ebay.com/usr/basicmodel |
| 29 | ebay.com/usr/psd_ame | 30 | wish.com/merchant/56c2c0f82fab501159addb57 |
| 31 | wish.com/merchant/581f4ed3efde281b5c1d0511 | | |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|---|---|---|---|
| 1 | lululemom.xyz | 2 | lululemonsaleoutlet.com |
| 3 | luluyogapant.com | | |