IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LULULEMON ATHLETICA CANADA INC., <br><br> Plaintiff, <br><br> v. <br><br> SHENZHEN SUSHEN FASHION CLOTHING CO., LTD., et al., <br><br> Defendants. | Case No. 20-cv-00825 <br><br> **Judge Elaine E. Bucklo** <br><br> **Magistrate Judge Sidney I. Schenkier** |

**PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER, INCLUDING A TEMPORARY INJUNCTION, A TEMPORARY TRANSFER OF THE DOMAIN NAMES, A TEMPORARY ASSET RESTRAINT, <u>AND EXPEDITED DISCOVERY</u>**

Plaintiff Lululemon Athletica Canada Inc. ("Plaintiff" or "Lululemon") seeks entry of an *ex parte* temporary restraining order, including a temporary injunction against Defendants enjoining the manufacture, importation, distribution, offering for sale, and sale of infringing and counterfeit Lululemon products, a temporary transfer of the Domain Names, a temporary asset restraint, and expedited discovery in an action arising out of 15 U.S.C. § 1114 and Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a). A Memorandum of Law in Support is filed concurrently with this Motion.

Dated this 4th day of February 2020.	Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Counsel for Plaintiff*
*Lululemon Athletica Canada Inc.*